# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRISON ADAM PARFAIT

NO. 2019 KW 0901

OCT 28 2019

---

In Re:   Harrison Adam Parfait, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 690044.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Terrebonne Parish shows the district court denied relator's application for postconviction relief on October 7, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT